Germaine King
509-513 Trotters Lane
Elizabeth, New Jersey 07208

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2018 APR 16 A 4: 14

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff | ) | 2:18-mj-07038-clw-2 |
| VS | ) | |
| GERMAINE KING | ) | The Royal Proclamation |
| | ) | of/by/for Germaine King |
| Defendant | ) | |

---

PLEASE TAKE NOTICE that the alleged defendant GERMAINE KING is submitting The Royal Proclamation of/by/for Germaine Howard King.

# The Royal Proclamation

of/by/for

**Germaine-Howard: the living soul (Man) that is born from the families King and Fraser.**
**"I AM, THAT I AM"**

**TO ALL WHOM THESE PRESENTS SHALL COME,** Greetings, and Know Ye All That, I Am, the living soul that is known to this world as Germaine-Howard: and born naturally, by blood from my mother's womb. I Am, furthermore born specifically from the womb of the living soul known to this world as: Nefra-Patricia: of the Fraser family, and to my earthly father that is known to this world as: Nayland-Agustus: of the King family. I Am, hereby making this public declaration to give notice to all the earth that I Am, in-fact, a living soul that is essentially an extension of YAHAWAH, and that I Am, not now, nor have I ever been the artificial (ENS LEGIS) person known to this world as: KING, GERMAINE HOWARD, GERMAINE HOWARD KING, GERMAINE H KING, GERMAINE H. KING, GERMAINE KING, or any other derivation of the fictitious person that was first created in/at the Co-operative Republic of Guyana in the year 1977. I Am, born as a living, breathing being of substance, blood, living flesh, functioning senses and a sound mind, which has now evolved itself to a conscious mind, and thus I Am, now fully capable of speaking words to express my feelings, unlike the fictional creation that is believed to be me. I Am, born with a [human] body, in an effort to experience life from a physical perspective, and my body is not granted any labels by YAHAWAH, and to date I have not found any labels here-on that identifies me as the ENS LEGIS person before mentioned.

**FURTHERMORE**, take notice that I Am, born naturally from the body of my mother in the sixth day of August, in the year of my Lord nineteen hundred and seventy-seven; and I Am, prepared to have multiple witnesses to attest to this fact, if and when it becomes necessary. I Am, now aware of the fact that some time shortly after I Am, born, there was an entity created and given the name Germaine Howard King, and doing business as one, or all of the above listed all capitalized spelled names/titles. Therefore, I Am, hereby publicly declaring that I Am, not that person, for I Am, in-fact, alive, and not dead, and also comfortably of the age of majority. I Am, however, aware of the fact that I Am, the living beneficiary of the ENS LEGIS person before mentioned, as the ENS LEGIS person is an artificial estate that is created for my benefit.

**FURTHERMORE,** I Am, not with the memory to have ever knowingly signed or agreed to be a party to any contract that was presented to me with full disclosure whereby I agreed to be considered a citizen or subject of the United States, or any of the States or entities created there-from, or doing business in/on its behalf. I Am, furthermore aware of the fact that the United States and its many creations are merely fictional entities and cannot govern or control a living soul (Man) without his consent. "I DO NOT CONSENT!"

**NOW THEREFORE,** I Am, hereby explicitly stating the follow expressions of my thoughts, on and for the public record:

ON AND FOR THE RECORD, AND FOR MY HONOR: I Am, a living soul (Man), and the physical manifestation of YAHAWAH, coming by way of this proclamation, by special restricted visitation, and NOT appearing generally before any private corporation disguised as a competent court of law, freely expressing my thoughts, as only a living spirit (Man) can do. Be it known that, I Am, an extension of YAHAWEH, and therefore only under the authority of the Redeemer, Yahawashi a.k.a. Jesus the Christ, and with all of my senses intact.

LET THE RECORD SHOW THAT, I Am, hereby officially canceling any/all convictions, and all appearances on my part, and now canceling any and/all contracts, entered into by Me without YAHAWAH, whether knowingly or unknowingly, by any methods including but not limited to verbal, by assent, consent, presumption, assumption, deception, threat, duress, coercion, fraud, fiction, fantasy or illusions, or any other method, including words of art, magic, and sophistry, casuistry or outright lying, or by specious acts of fallacious, deceptive, delusive, misleading, apparent, illusive, illusory, ostensible, practice of law; and further

(a) This proceeding has failed to produce evidence of a real injured party.

(b) This proceeding has failed to produce an affidavit of a verified criminal complaint, or the existence of a real complaining party.

(c) This proceeding has failed to produce a real injured party as a witness to testify against me.

(d) This proceeding has failed to produce and to state a valid claim upon which relief can be granted.

(e) This proceeding has failed to and can never produce an honorable ruling, therefore the court could rule only by an undisclosed presumption of an assumed intention, and this may in fact be deemed the practice of witchcraft by a Satanic/Demonic Cabal.

(f) This proceeding – and this fake court – has now lost all jurisdiction by its denial and inability to provide due process.

LET THE RECORD SHOW THAT, I Am, at all times within YAHAWAH'S law, and with peace and love in my heart towards all of YAHAWAH'S creations, and have not knowingly violated any of YAHAWAH'S law. I have not caused physical injury to another living soul (Wo/Man), as this would be a violation of the Divine law of love your neighbor as yourself, or man's interpretation "Do unto others as you would have them do unto you". I have not committed a crime (sin) that I have not already been redeemed from, and there is nothing on which to convict me, thus the accusations brought against me [or my person) by the fictional entities known as UNITED STATES and STATE OF NEW JERSEY, et al are now and forevermore null and void. Therefore, any/all Bonds affiliated or associated with this matter, whether they were issued with the warrant in the form of a bid bond, or as an appearance bond, or as a performance bond which have been written as a result of this procedure, and any other bonds written in any way, shape or form whatsoever, I, hereby now cancel, terminate, discharge, dismiss, deactivate; eradicate, nullify, quash, rescind, repeal, revoke, abrogate, abolish, and expunge, and I forbid the commercial use of the names granted to me in trust by my mother and father, in any manner

whatsoever, for profit, and all Bonds created, whether on the record or not, are now and forevermore void *ab initio* as only I, a living soul (Man) can cause.

**LET THE RECORD SHOW THAT,** I do not accept any offer to, nor do I give consent to, nor will I go to any jail, go to any prison, pay or discharge any fines, fees, court costs, or taxes of any kind, period. "I Am, redeemed by blood!"

**LET THE RECORD SHOW THAT,** I do not accept, and therefore I do not consent to have any of My inherent rights blocked or impeded in any way, shape, or form. I do not accept any offer, nor consent to have My body or possessions seized or confiscated or used by anyone or their agent for their own use, or for the benefit of another. I do not accept any offer nor do I consent to any form of probation, parole of any sort, not pre- or post-trial release, or any other form of supervision imposed for this matter or in association with this matter, which may be attempted or linked with or in causation with this matter, or placed twice in jeopardy for the same pretended crime.

**LET THE RECORD SHOW THAT,** I, the living soul (the lawful man) that is referred to on earth as: King, Germaine-Howard, hereby explicitly state for the record that I Am, now and forevermore preserving and reserving all of My inherent liberties and natural God-given unalienable/ inalienable birth rights, and I Am, not waiving none, ever – as all is conditional upon My receipt of your written statement of claims, and proof of claim to the contrary under all public official oaths and bonds of office, and under the penalties of perjury.

**FINALLY, LET THE RECORD SHOW THAT,** My public business with regard to this and any/all matter brought against me are now complete, perfected, discharged, accomplished, dismissed, concluded, terminated and, as Yahawashi a.k.a. Jesus the Christ, our Lord and Savior stated: IT IS FINISHED!! "This matter is now Adjourned, FOREVERMORE!"

## The Verification Of The Author

**LET THE TRUTH BE ESTABLISHED AND FOREVER KNOWN THAT,** I Am, the living soul (Man) that is known on earth as Germaine-Howard: and born naturally of the families King and Fraser, in esse, sui juris, sui generis, and hereby solemnly affirming and verifying within YAHAWAH'S law that I have read the foregoing and know its contents to be the truth to the best of my knowledge, and that this instrument represents my free expression, and free will act and deed. Therefore, this instrument is submitted upon a good faith effort that is grounded with facts, and is warranted by YAHAWAH'S law for the modification of several statutorily/fictionally created laws, and is peacefully submitted for proper purposes, and not to threat, harass, cause harm, or hinder commerce in any way whatsoever.

This instrument is furthermore done exclusively outside the Jurisdiction of the United States, United Nations, Great Britain, or any other fictional territories; and I Am, hereby affirming within YAHAWAH'S law that the foregoing is my truth, and is therefore correct and complete.

Witness my hand and living seal on this instrument in this 13 day of APRIL in the year of my Lord Two Thousand and Eighteen.

For I Am: as: ______________, a living soul,
and an extension of YAHAWAH; and the one true
living beneficiary (Heir) of/for GERMAINE HOWARD KING *et al.*

**Private-witness # one autograph:**

by: witness: ..............................

**Private-witness # two autograph:**

by: witness: ..............................

**Private-witness # three autograph:**

by: witness: ..............................

**Private-witness # four autograph:**

by: witness: ..............................

---

**CERTIFICATE OF ACKNOWLEDGEMENT**

PUBLIC-WITNESS # ONE

State of NJ )
) Scilicet
County of Union )

SUBSCRIBED AND SWORN TO BEFORE ME, in this 13 day of April Two Thousand and Eighteen, by the makers of this instrument proven upon proper identification.

______________________
Notary Public in and for State of New Jersey

*Notary's Seal*

My commission expires ______

LIGIA J. MENDOZA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 02/17/2019

**CERTIFICATE OF ACKNOWLEDGEMENT**

PUBLIC-WITNESS # TWO

State of NJ )
) Scilicet
County of Union )

SUBSCRIBED AND SWORN TO BEFORE ME, in this 13 day of April Two Thousand and Eighteen, by the makers of this instrument proven upon proper identification.

Notary Public in and for State of New Jersey

*Notary's Seal*

My commission expires CARLOS A. RIVERA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires May 16, 2022

***This space intentionally left blank***

***This space intentionally left blank***

***This space intentionally left blank***

***This space intentionally left blank***

***This space intentionally left blank***

***This space intentionally left blank***

***This space intentionally left blank***

***This space intentionally left blank***

***This space intentionally left blank***

***This space intentionally left blank***

***This space intentionally left blank***

***This space intentionally left blank***

***This space intentionally left blank***

For I Am: as: ______________________, a living soul,
and an extension of YAHAWAH; and the one true
living beneficiary (Heir) of/for GERMAINE HOWARD KING *et al.*