**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Magistrate No.: 18-7038 |
| v. : | |
| GERMAINE KING, et. Al., : | **NOTICE OF MOTION FOR BAIL/ RELEASE PURSUANT TO 18 USC SEC. 3142.** |
| Defendants. : | |

**NOW COMES** Defendant Germaine King, through his attorney, The Anthony Pope Law Firm, P.C., pursuant to 18 U.S.C. §§ 3142 and 3145(b), and respectfully requests that this Court set an expedited hearing in order to review the detention order entered by Magistrate Judge Cathy L. Walder and set reasonable conditions of release pending trial. As grounds for his Motion, Germaine King respectfully shows this Court the following facts and circumstances:

1. Defendant, Germaine King is forty (40) years old and presently incarcerated in the Essex County Correctional Facility, Newark, New Jersey. Mr. King is a life-long resident of Elizabeth, New Jersey. Since being incarcerated, his has sought out and retained counsel.

2. Germaine King is currently employed as a carpet cleaner who is often contracted to provide his services for private households. Mr. King's work schedule requires that he travel to homes of an assortment of sizes in order to provide carpet cleaning services, so his schedule varies.

3. Additionally, Mr. King is currently unable to maintain a relationship with his dependent children, and fears missing out on important milestones, such as his daughter's birthday which is this weekend.

Respectfully submitted,
THE ANTHONY POPE LAW FIRM, P.C.

By:________________________
Anthony J. Pope, Esq

Dated: June 18, 2018

**CERTIFICATION OF SERVICE**

I hereby certify, that on this 18th day of June, 2018, a copy of the foregoing Motion for Bail/Release was sent via Lawyer's Service to: Assistant U.S. Attorney Anthony Moscato, Office of the United States Attorney, 970 Broad Street, 7th Floor, Newark, New Jersey 07102.

Anthony J. Pope, Esq.

Dated: June 18, 2018