# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

Germaine King

MAGISTRATE JUDGE: __Cathy . L. Waldor__

CASE NO.: __18-379-WHW__

DATE OF PROCEEDINGS: __11/27/18__

DATE OF ARREST: _____

PROCEEDINGS: __Motion to Withdraw as Counsel__

( ) COMPLAINT
( ) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: __ AFPD __ CJA
( ) WAIVER OF HRG.: __ PRELIM __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: __ GUILTY __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(✓) FINANCIAL AFFIDAVIT EXECUTED
(✓) OTHER __Motion Heard__

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
    ( ) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED _____
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL: __ COURT __ JURY
( ) SENTENCING
( ) OTHER: _____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

- Def counsel, Mr Pope, relieved as dx atty.
- CJA to be appointed after consulting w/ USDJ Walls.
- Def objects to CJA counsel being appointed
- Faretta Hearing to be determined

APPEARANCES:

AUSA __Lakshmi Herman__

DEFT. COUNSEL __Anthony Pope__

PROBATION _____

INTERPRETER __NA__
1. Language: ( NA )

Time Commenced: __12:23 pm__
Time Terminated: __12:27 pm__
CD No: __ECR__

__Tim Gorman__
DEPUTY CLERK