**THE ANTHONY POPE LAW FIRM, P.C.**
60 Park Place, Suite 703
Newark, New Jersey 07102
P: (973) 344-4406
F: (973) 344-3201
*Attorneys for Defendant, Germaine King*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 18-7038 |
| vs. | : | |
| GERMAINE KING | : | ORDER |

**THIS MATTER** having been opened to the Court by The Anthony Pope Law Firm, P.C., attorneys for Defendant, Germaine King, and notice having been sent to Defendant, Germaine King, and the Court having read the papers submitted, heard oral argument, and for good cause having been shown; it is therefore

On this 27th day of Nov, 2018,

**ORDERED** that counsel's motion to be relieved as counsel be and hereby is granted; and it is further

**ORDERED** that The Anthony Pope Law Firm, P.C. is hereby are relieved as counsel for Defendant, Germaine King in this matter; and it is further

**ORDERED** that a copy of this Order be served upon all parties to this action within seven (7) days of the date of this Order.

Hon. Cathy L. Waldor
United States Magistrate Judge