UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

Newark                                    Date: 12/6/18

**JUDGE WILLIAM J. MARTINI**

Deputy Clerk: Gail Hansen

Court Reporter: Yvonne Davion

Other:                          Docket #:2:18-cr-379

**TITLE OF CASE:**

United States
v.
Germaine H. King
Daniel K. Dxrams
 a/k/a Daniel Kusi, a/k/a Danny D. Dxrams, a/k/a Randy N.
Amoatent


Appearances:

AUSA Lakshmi Srinivasan Herman & Anthony Moscato
Germain H. King appearing pro se
Michael A. Orozco, Counsel for Dxrams
Both Defendants present


Nature of Proceedings: **ARRAIGNMENTS ON SECOND SUPERSEDING
                        INDICTMENT**


Defendant Dxrams waived reading of the Second Superseding
Indictment
Plea: Not Guilty
Ordered bail continued

**ARRAIGNMENT/FARETTA HEARING**

Defendant King advised of his rights to counsel; Kenneth Kaiser
appointed under CJA as stand up counsel
Plea: Not Guilty

Ordered bail continued.
Scheduling Order to be submitted.


Time Commenced: 9:30 a.m.
Time Adjourned: 10:15 a.m.
   Total Time : 45 minutes

                           Gail A. Hansen, Deputy Clerk