NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>   v.<br><br>GERMAINE H. KING,<br><br>      Defendant. | **ORDER**<br><br>18-cr-00379-01 (WHW) |

**Walls, Senior District Judge**

  Defendant King requests this Court to modify the conditions of his pretrial release.[1] Mr. King is charged with fifteen counts of felony fraud. ECF No. 83. He is currently out on bail in the form of a $250,000 unsecured appearance bond. ECF No. 65. Mr. King requests that (1) he be allowed to visit Morgan State University to assist his stepdaughter in moving out of her college dorm; (2) a "reasonable curfew be awarded" to assist in seeing his children during his visitation days; (3) the Pretrial Services Office make decisions for travel requests.

  The Court grants (1) Mr. King the ability to travel to Morgan State University on December 13, as it has before. *See* ECF Nos. 69, 72, 80. However, the (2) current curfew set by pretrial services will not be disturbed, and (3) this Court alone will continue to oversee the modification of travel conditions.

DATE: 11 December 2018

                           _____
                           William H. Walls
                          Senior United States District Court Judge

---

[1] Mr. King did not properly file his motion via electronic filing so as to notify all parties, and instead faxed his letter to the Court. All parties are reminded to consult the local rules before filing any motions.