```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY

                       MINUTES OF PROCEEDINGS
```

**NEWARK**                                              **DATE: DECEMBER 19, 2018**

**JUDGE**: Hon.  WILLIAM H. WALLS
**COURT REPORTER**: Yvonne Davion
**COURTROOM DEPUTY**: Elisaveta Kalluci

**Title of Case:**                              Cr.#: 18-379 (WHW)

USA v. GERMAINE H. KING, DANIEL K. DXRAMS

**Appearances:**

Anthony Moscato, AUSA
Lakshmi Srinivasan Herman, AUSA
Germaine H. King, PRO SE
Kenneth W. Kayser, CJA (Stand-by-counsel for Mr. King)
Michael A. Orozco, ESQ. (Counsel for Mr. Dxrams)


**Nature of proceedings**: STATUS CONFERENCE

The Court adapted the Scheduling Order signed by Judge Martini on December 6, 2018.
Trial date set for April 23, 2019 at 10:00AM.
Order to be submitted.
Bail continued


                                                Elisaveta Kalluci
                                                Courtroom Deputy


Time Commenced: 12:50PM
Time Adjourned: 1:30PM