## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 18-379 (CLW) |
| GERMAINE H. KING and<br>DANIEL K. DXRAMS,<br>   a/k/a "Daniel Kusi,"<br>   a/k/a "Danny D. Dxrams,"<br>   a/k/a "Randy N. Amoateng | :<br>: | Order of Continuance |

       This matter having come before the Court on the joint application of the United States, by Craig Carpenito, United States Attorney for the District of New Jersey (Anthony Moscato and Lakshmi Srinivasan Herman, Assistant United States Attorneys, appearing), and defendant Germaine H. King (Germaine H. King appearing by *pro* se representation), and Daniel K. Dxrams (Michael A. Orozco, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter in order to allow the parties to fully prepare for trial following the final pretrial conference; and Defendant King and Defendant Dxrams both being aware that they otherwise have the right to have this matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1), not including time that has been excluded from computation pursuant to the Speedy Trial Act of 1974, 18 U.S.C. § 3161 *et seq.*; and Defendant King and Defendant Dxrams each having consented to such continuance and having waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The evidence in this case is sufficiently extensive, and due to the nature of the prosecution, the parties require additional time to complete pretrial discovery, to file appropriate pretrial motions, and to otherwise prepare for trial.

2. The grant of a continuance will ensure that, taking into account the exercise of due diligence, counsel, including defense counsel, have sufficient time to complete these activities, including preparing for trial.

3. As a result of the foregoing, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv), the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant King and Defendant Dxrams in a speedy trial.

IT IS, therefore, on this ___18___ day of December 2018,

(1) ORDERED that this action be, and hereby is, continued until April 30, 2019; and it is further

(2) ORDERED that the period from the date of this order through April 30, 2019 be and it hereby is excluded in computing time under the Speedy Trail Act of 1974, 18 U.S.C § 3161 *et seq.*

_____
HON. WILLIAM H. WALLS
United States District Judge

Consented and Agreed to by:

_____
Anthony Moscato
Lakshmi Srinivasan Herman
Assistant United States Attorneys

_____
Kenneth Kayser, Esq.
Counsel for Defendant King

_____
by: beneficiary

Germaine H. King
Defendant

_____
Michael A. Orozco, Esq.
Counsel for Defendant Dxrams

_____
Daniel K. Dxrams
Defendant

3