# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No: 2:18:-379-WHW |
| | ) |
| V. | ) |
| | ) |
| | ) Notice for the Correction of the |
| | ) Record Regarding Statement made In Error |
| GERMAINE H. KING | ) |
| (by: Living Beneficiary) | ) |
| | ) |
| | ) |

December 24, 2018

Judge William Walls
United States District Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark NJ 07101

Enclosed kindly find a copy of the following document:

1. Notice for the Correction of the Record Regarding Statement Made In Error.

2. Public Officers and Employees, §247 (63C Am. Jur. 2d)

3. Copy of Resignation as Registered Agent/Trustee/Representative

*by: Germaine-Howard*
(by: Living Beneficiary)

Notice for the Correction of the Record
Regarding Statement made in error

KNOW ALL MEN AND WOMEN BY THESE PRESENTS, and know ye brother William H. Walls and all other interested parties of Case/account number 18-379 (WHW) that, I Am, the Set-apart-Spirit-of-Yahweh (I Am) that is currently occupying the body which is mistakenly identified as GERMAINE H. KING, the defendant. I Am, born naturally from the body of Nefra Fraser, a living being (my mother), and it was by mutual decision of both my Mother and Father that I Am, referred to by the reference :Germaine-Howard: Which is spelled with upper and lower case letter. I Am, coming by way of this notice to correct the record regarding my mistaken identity as GERMAINE H. KING and my unintentional acceptance of the title YOU. I Am, not trained by the bar association, or any similar organisation that trains men to deceive other men by the use of words that have with multiple legal meanings, and as such I Am, unintentional and unknowingly accepted to be referred to as You. I Am, quite uncomfortable standing in the presence of men that are with guns and the ability to forcefully detain me, and as such I Am, at times unable to properly process my thoughts before speaking, kindly forgive me. I Am, have previously stated on and for the record that I Am, the living beneficiary of the decendant estate that is doing business as GERMAINE H. KING. Therefore, kindly know ye all once and forevermore that I hereby revoke, strike and rescend and make void any and all prior statements that I Am, **may** have previously made which by the trickery of words identfied

me as the defendant GERMAINE H. KING. William, you are my brother, even while wearing your black robe/cloak, and as a public Servant I have stated for the record that you are my appointed trustee to ensure that I Am, at all times protected and served with dignity and honor regarding all matters associated with case/account number 18-379 (WHW). Kindly take due notice of this and all of my truths and do govern yourself(ves) accordingly.

With the warmest of regards,

I Am, as: Germaine – Howard: the living beneficiary (Heir) of/for GERMAINE H. KING.

63C Am.Jur.2d, Public Officers and Employees, §247

"As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be exercised in behalf of the government or of all citizens who may need the intervention of the officer.

[1]  Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the people, and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trusts.

[2]  That is, a public officer occupies a fiduciary relationship to the political entity on whose behalf he or she serves.

[3] and owes a fiduciary duty to the public.

[4]  It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual.

[5]  Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy.  Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U.S. 372] in the statute. See United States v. Dial, 757 F.2d 163, 168 (7th Cir1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public, including, in the case of a judge, the litigants who appear before him and if he deliberately conceals material information from them, he is guilty of fraud. McNally v United States 483 U.S. 350 (1987)

```
                                          CLERK
                                    U.S. DISTRICT COURT
                                   DISTRICT OF NEW JERSEY
                                        RECEIVED
```

To:   Office of the Secretary of State          2018 NOV 30 P 4:34
      United States of America                  *Via Registered Mail*
      Attention: Michael R. Pompeo              = = = = = = = = = = = = = = = =
      2201 C Street, NW                              RE 352 206 476 US
      Washington, D.C. 20520                    = = = = = = = = = = = = = = = =

From: GERMAINE HOWARD KING
      C/o Living Beneficiary
      509-513 Trotters Lane
      Elizabeth, New Jersey 07208
      Non-Domestic, "Without the United States"

Regarding: Resignation as Registered Agent/Trustee/Representative

Dear Michael R. Pompeo,

Please accept this letter as my formal notification to your good Office that I am resigning from my position as Registered Agent/Trustee/Authorized Representative of/for GERMAINE HOWARD KING, GERMAINE H KING, GERMAINE H. KING, GERMAINE KING, et al; the registered United States Person with Social Security Number       0408.

Please take explicit notice that this resignation is effective immediately and do ensure that I am no longer in receipt of any correspondence regarding said person, and that all Agents and Principals of said person is with notice of the same.

With the very best regards,

*[signature]*

I AM, as :King, Germaine-Howard., the living beneficiary/heir of/for the GERMAINE HOWARD KING Estate.


cc:   Office of Secretary of State
      State of New Jersey
      Attention: Tahesha Way Esq.
      225 West State Street- 2nd Fl
      Trenton. New Jersey 08625