For the living man known by :Germaine-Howard: and born from the families Fraser + King
is hereby convening a-common-law-court-of-record by registered mail
and through the United States Post office via Registered Mail #
= = = = = = = = = = = = = = = = = = = = =
**RE 352 206 502 US**
= = = = = = = = = = = = = = = = = = = = =

To: The Honorable William H. Walls
Senior United States District Judge
Attention: William Walls
Martin Luther King Bldg.&Courthouse
50 Walnut street Newark, NJ 07101

# A DECLARATION FOR CORRECTION OF RECORD BY THE RESCISSION OF SIGNATURE(S)

To All Whom These Present Shall Come, Greetings, and
KNOW YE ALL THAT, I AM, as :Germaine-Howard: the living man born naturally of the families Fraser and King, and being duly sworn, I hereby proclaim, depose, declare and decree that:

I, :Germaine-Howard: (hereinafter known as "Affiant"), hereby officially rescind and revoke and make void ***Nunc Pro Tunc Ab Initio*** every signature of suretyship, **public and private**, ever provided by Affiant on behalf of the corporate sole/artificial person/statutory Public U.S. citizen "GERMAINE HOWARD KING / GERMAINE H. KING *et al*," created circa February 16, 1997;

This **Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*** extends to every **public** government contract be it federal, state, county and/or city. This rescission and revocation of **public** signature of suretyship includes, but is not limited to, the initial application for a social security number/taxpayer identification number; every individual and/or corporate tax return ever filed, be it federal, state, county and/or city; every application for a marriage license as well as every marriage license; every court document ever signed in any legal action, civil and/or criminal (**2:18-cr-00379-01 (WHW)**); the initial application for selective service in the Armed Forces of the United States; every application for an individual driver's license, federal and/or state, as well as every driver's license, federal and/or state; every application for a United States passport as well as every issued United States passport; every application for voter registration as well as every voter registration card; and every other **public** government contract, known and unknown, evidencing a **signature of suretyship**, every signature now being a **signature of agency *Nunc Pro Tunc Ab Initio***;

This **Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*** extends to every **private** business contract. This rescission and revocation of **private** signatures of suretyship includes, but is not limited to, every application for a bank account, individual and business; every application for any form of insurance, including life insurance, motor vehicle insurance, business insurance, and home insurance; and every other application involved in any **private** business endeavor and/or **private** investment evidencing a **signature of suretyship**, every signature now being a **signature of agency *Nunc Pro Tunc Ab Initio***;
This **Rescission of Signatures of Suretyship—*Nunc Pro Tunc Ab Initio*** is retroactive to the date of August 8, 1977, the date of the public filing and registration of affiant's Certificate of Birth in the Co-operative Republic of Guyana;

Assimilation Act: [AS to signatures, when on the witness stand, or in any sworn document, you can deny a signature that you wrote is your signature. "You can say it looks like my signature, but it is not" BECAUSE to be a bona fide signature, two factors come into play; 1) the form or the writing and 2) full knowledge of what you were signing, i.e. full disclosure. So in many cases one can legally deny a signature because of the non-full disclosure and the **discovery of FRAUD]**;

"Fraud vitiates every transaction and all contracts. Indeed, the principle is often stated, in broad and sweeping language, that fraud destroys the validity of everything into which it enters"–37 Am Jur 2d, Section 8.

"Fraud vitiates everything it touches. (common law maxim) Nudd v. Burrows (1875) 91 U.S. 416."

"Fraud vitiates the most solemn contracts, documents and even judgments. United States v. Throckmorton (1878) 98 J U.S. 61, 70."

Further Affiant Sayeth Not.

By I Am, as: ______________________.

I Am, as :Germaine-Howard: the living man born naturally of the families Fraser and King

an aboriginal American national as living beneficiary for the GERMAINE HOWARD KING Estate

**I Am, with the explicit preservation and reservation of all inherent liberties and/or rights "Without Prejudice"**

By:______________________________Witness

By:______________________________Witness

**Acknowledgement**

**The united States of America )**
**State of New Jersey ) s.a.**
**County of Union )**

Before me, on this day came :Germaine-Howard: the living man in possession of the Identification document bearing the name GERMAINE HOWARD KING and who is described herein, and stated that he wished to make a special restricted visitation to solemnly affirmed by the Laws of Nature and the Maxims of Equity that every statement given above was the whole truth to the best of his knowledge, and done with intent and purpose to correct the record.

Subscribed and Affirmed before me on this 5 day of January, 2019

______________________________
Notary Public

Seal

LIGIA J. MENDOZA
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires 02/17/2019

Howard King Estate
...e H King U.S. Trust
General Executor, in private
... Trotters Lane
..., NJ 07208

REGISTERED MAIL

RE 352 206 502 US

Label 200, August 2005 PSN 7690-03-000-9311

UNITED STATES POSTAL SERVICE

1000 07101-

U.S. POSTAGE PAID
FCM LG ENV
ELIZABETH, NJ
07208
JAN 15, 19
AMOUNT
**$0.00**
R2304M116202-01




United States District Court, District of New Jersey
Attention: William H. Walls "in Camera" (Private)
50 Walnut Street, Court Room 4D
Newark, NJ 07102

X-RAYED

RECEIVED
2019 JAN 23 A 2:51