

# PRICE, MEESE, SHULMAN & D'ARMINIO
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

50 TICE BOULEVARD, SUITE 380
WOODCLIFF LAKE
NEW JERSEY 07677
TELEPHONE (201) 391-3737
FACSIMILE (201) 391-9360
www.pricemeese.com

GREGORY D. MEESE*
GAIL L. PRICE*+
FREDERIC M. SHULMAN*+
LOUIS L. D'ARMINIO* ◠
JOHN R. EDWARDS, JR.*
MICHAEL K. BREEN*
PAUL A. CONCIATORI*#
WILLIAM D. BIERMAN•
CATHY J. POLLAK*
THOMAS C. MARTIN•
JOHN L. MOLINELLI*x

RICHARD M. FRICKE*+
MARK W. GREENE*◠
KAREN F. EDLER •
MICHAEL A. OROZCO*•
RICK A. STEINBERG*◠
DOROTHY A. KOWAL
JENNIFER M. KNARICH* ◊

GREGORY K. ASADURIAN
RENEE A. FATOVIC*
ALLYSON KASETTA*
JENNIFER M. BERARDO*
JACQUELINE E. SHULMAN*
NATALIE N. DIRATSOUIAN*
MICHELLE L. KRONE

  * Also admitted in NY
  + Also admitted in DC
  ◠ Also admitted in PA
  ◊ Also admitted in CT
  • Also admitted NY Fed Cts.
  # Also LEED AP
 x Bergen County Prosecutor (ret.)

Additional Offices:
+WEST RED OAK LANE, SUITE 302
WHITE PLAINS, NEW YORK 10604
TELEPHONE (914) 251-1618
FACSIMILE (914) 251-1230

ONE GATEWAY CENTER, SUITE 2600
NEWARK, NEW JERSEY 07102
TELEPHONE (973) 799-8551
FACSIMILE (973) 735-2719

March 13, 2019

**Via ECF Only**

New Jersey Federal District Court

Attn: Honorable William Walls

50 Walnut Street

Newark, NJ 07102

        **Re:**    **USA v. Daniel Dxrams**

               **Crim No.: 18-379 (WHW)**

Dear Judge Walls:

    Please accept this letter on behalf of our client, Daniel Dxrams, with regard to our request to adjourn the April trial until June 10, 2019. I have conferred with co-defendant's stand by counsel, Mr. Kayser, who consulted with his client and joins in my request. The government has agreed to the two month adjournment.

    The government has been diligent in providing digital copies of discovery by way of CD or hard drives provided by my office, in addition to permitting access and inspections of discovery at both their offices and the FBI headquarters in Newark. It is the defendants' position that the discovery is voluminous and requires more time in order to prepare for trial.

    The parties are requesting a case management conference at Your Honor's convenience in order to address the defendants' request and set new dates and deadlines. Thank you in advance for your consideration of this request.

Sincerely,

Michael Orozco

MAO/mao

cc:    All Counsel (Via ECF)



*Our 25th Year*