**Notice: For this is private instrument is not intended for the public eyes, or the public record!**

With intent and purpose, we hereby convene a common-law court of record via trust instrument number:

= = = = = = = = = = = = = = = = = = = = = =
**RE 352 206 520 US**
= = = = = = = = = = = = = = = = = = = = = =

**Date:**   2019 March 12

**From:**   GERMAINE HOWARD   KING Estate
c/o GERMAINE H. KING U.S. TRUST
Attention: General Executor / Beneficiary
509-513 Trotters Lane
Elizabeth, NJ 07208

**To:**   UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY
Attention William H. Walls, in his private capacity acting as Judge
50 Walnut Street, Court Room 4D
Newark, NJ 07101

**Regarding:**   Requirement for Status of Account number: 2:18-cr-00379-WHW

Greetings my brother, William, and peace be with thee; and

Know Ye, that, as the lawful occupant of the Executor office for the GERMAINE HOWARD   KING Estate, I Am, hereby again communicating with your good off in an exclusively private manner for a status report of account number 2:18-cr-00379-WHW. As you are aware, in the day that is referred to as January 23, 2019 you were delivered a private package containing several trust instruments, which were purposefully done to appoint you and your good office as a Trustee for This Estate. It was clearly outlined within said instruments that your good office as a newly appointed Trustee were granted ten (10) days to settle and closed the account above referenced. It is now thirty-four working days since said delivery and we are eager to know where things stand with regard to the said account.

Kindly take notice that we are aware that although the matters of the account above identified may look like matters of right or wrong, they are merely matters of pay, or not pay. As such, note that we do not wish for This Estate to be in dishonor in the public domain, as we recognize This Estate has sufficient credits to easily settle this matter, otherwise it would not exist. We are therefore as-king that your good office recognizes our efforts and see to it that the account is settled and closed in accordance with the original order from January 23, 2019, and that orders are granted by your good office to have the monitoring device removed from my leg. As you are aware I Am, also the Beneficiary of This Estate and one of the Maxims of Equity clearly states that "Equity will not allow a Trust to fail for want of a Trustee". I Am, schedule to be in Pennsylvania on Wednesday March 20- Friday March 22 for training and would really appreciate if you would make the necessary arrangements for me to be able to travel freely and unrestrictedly.

Thanks in advance for honoring your oath of office and for faithfuly executing your recently appointed duties to this Estate. "Without Prejudice".

This instrument is peacefully, respectfully and honourably done! "Without Prejudice",

By: executor _Germaine Howard_ ;

and witnessed,

By: witness one _____ .

