```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

## MINUTES OF PROCEEDINGS

**NEWARK**                                              **DATE: MARCH 26, 2019**

**JUDGE**: Hon.  WILLIAM H. WALLS
**COURT REPORTER**: Yvonne Davion
**COURTROOM DEPUTY**: Elisaveta Kalluci

**Title of Case:**                                      Cr.#: 18-379 (WHW)

USA v. GERMAINE H. KING, DANIEL K. DXRAMS

**Appearances:**

Anthony Moscato, AUSA
Lakshmi Srinivasan Herman, AUSA
Germaine H. King, present
Kenneth W. Kayser, CJA (Stand-by-counsel for Defendant King)
Michael A. Orozco, ESQ. (Counsel for Defendant Dxrams)


**Nature of proceedings**: STATUS CONFERENCE

Defendant Germaine H. King requested the Court to remove the location monitoring device.
The Court granted the Defendant's motion.
The Court granted the counsel's letter request adjourning the trial date. **Trial date set for May 21, 2019 at 10:00AM**.
Continuance Order submitted.
Scheduling Order shall be submitted.
Bail continues.


                                              Elisaveta Kalluci
                                              Courtroom Deputy


Time Commenced: 1:05PM
Time Adjourned: 1:45PM