UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>GERMAINE H. KING and<br>DANIEL K. DXRAMS,<br>  a/k/a "Daniel Kusi,"<br>  a/k/a "Danny D. Dxrams,"<br>  a/k/a "Randy N. Amoateng" | Criminal No. 18-379 (WHW)<br><br>SCHEDULING ORDER |

This matter having come before the Court for arraignment; and the United States being represented by Craig Carpenito, United States Attorney for the District of New Jersey (by Anthony Moscato and Lakshmi Srinivasan Herman, Assistant U.S. Attorneys, appearing); and Defendant King appearing *pro se* with Kenneth Kayser, Esq. representing Defendant King as standby counsel; Defendant Dxrams being represented by Michael A. Orozco, Esq.; and counsel for the Government, Defendant King and Defendant Dxrams having met and conferred and having determined that this matter may be treated as a criminal case that requires extensive discovery within the meaning of paragraph 4 of this Court's Standing Order for Criminal Trial Scheduling and Discovery; and counsel for the Government, Defendant King and Defendant Dxrams having agreed on a schedule for the initial exchange of discovery; and the Court having accepted such schedule, and for good cause shown,

It is on this 2 day of ~~March~~ April, 2019 ORDERED that:

1. The Government shall provide initial discovery required by Federal Rule of Criminal Procedure 16(a)(1) on or before <u>April 5, 2019</u>. In addition, on or after <u>April 5, 2019</u>, the Government will make and continue to make other materials available to defense counsel for physical inspection, copying, and photographing, at no expense to the Government, at a date(s) and time(s) convenient for defense counsel. The Government shall provide all other discovery required by Federal Rule of Criminal Procedure 16(a)(1) by <u>April 12, 2019</u>, including summaries of expert witnesses, including curricula vitae, as required under Federal Rule of Evidence 702, et seq. The Government shall provide draft summary charts sought to be admitted under Federal Rule of Evidence 1006 by <u>April 12, 2019</u>.

2. The Government shall provide exculpatory evidence, within the meaning of *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, on or before <u>April 5, 2019</u>. Exculpatory evidence that becomes known to the Government after that date shall be disclosed reasonably promptly after becoming known to the Government.

3. The defense shall provide all discovery required by Federal Rule of Criminal Procedure 16(b)(1) any and all notices required by Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3 on or before <u>April 19, 2019</u>.

4. The following shall be the schedule for pretrial motions in this matter:

    a. The defendants shall file any and all pretrial motions, pursuant to Federal Rules of Criminal Procedure 12(b) and 41(h), in the manner set forth in L. Civ. R. 7.1, on or before <u>April 26, 2019</u>;

    b. The Government shall file any response to the defenses' pretrial motions on or before <u>May 3, 2019</u>; and

    c. The defendants shall file any reply on or before <u>May 10, 2019</u>.

    d. The trial shall commence on <u>May 21, 2019</u>, at 10:00am.

5. Pursuant to paragraphs 17 to 21 of the Court's Standing Order No. 15-2, the Court shall, in consultation with the parties, schedule a final pretrial conference that will be held no sooner than two (2) weeks following the disposition of pretrial motions. If appropriate, a trial date will be set at this final pretrial conference.

_____
Honorable William H. Walls
Senior United States District Judge