```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW JERSEY
```
**MINUTES OF PROCEEDINGS**

**NEWARK**                                              **DATE: APRIL 17, 2019**

**JUDGE:** WILLIAM H. WALLS,
**COURTER REPORTER**: Yvonne Davion
**DEPUTY CLERK**: Elisaveta Kalluci

**Title of Case**:                                      Cr. 18-379 (WHW)

USA V. GERMAINE H. KING, DANIEL DXRAMS

**Appearances:**

Anthony Moscato, AUSA
Lakshmi Srinivasan Herman, AUSA
Defendant, Germain H. King PRO SE present
Anthony J. Pope, JR., Esq. (Defendant's King former attorney)
John Molinelli, ESQ. for Defendant Dxrams
Michael J. Pappa, CJA, (Defendant' Dxrams former attorney)
Kenneth W. Kayser, CJA, (Stand-by-counsel for Defendant King)
Kathleen M. Cullen, USPO
Elizabeth G. Charleston, USPO

**Nature of proceedings:**   FRYE HEARING/BAIL HEARING

Defendant Dxrams sworn.
Frye hearing held.
Government provided discovery materials to the Defendant King in open Court.
Hearing on Probation Office's application for modification of bail conditions.
Court ordered previously imposed bail conditions for Defendant King will remain in effect.
Ordered bail continued.

                                        Elisaveta Kalluci
                                         Courtroom Deputy

Time Commenced: 11:00AM
Time Adjourned: 12:00PM