UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
**MINUTES OF PROCEEDINGS**

**NEWARK**                                          **DATE: JUNE 5, 2019**

**JUDGE**: Hon.  WILLIAM H. WALLS
**COURT REPORTER**: Yvonne Davion
**COURTROOM DEPUTY**: Elisaveta Kalluci

**Title of Case:**                          **Cr.#: 18-379 (WHW)**

USA v. GERMAINE H. KING, DANIEL K. DXRAMS

**Appearances:**

Anthony Moscato, AUSA
Lakshmi Srinivasan Herman, AUSA
Christopher Braine, Detective
Gyula Balogh, Paralegal
Germaine H. King, a/k/a Germaine Howard, Pro Se
Kenneth W. Kayser, CJA (Standby Counsel for Defendant King)
Michael A. Orozco, ESQ. (Counsel for Defendant Dxrams)


**Nature of proceedings**:  CRIMINAL JURY TRIAL


Trial with Jury continued.
Defendants and Jury present.
Michael Van Gorder resumes on behalf of the Government.
James Whang sworn on behalf of the Government.
Michael Biondo sworn on behalf of the Government.
Damian Salvati sworn on behalf of the Government.
Paul Kochis sworn of behalf of the Government.
Trial adjourned at 2:30PM to resume June 6, 2019 at 10:00AM.
Ordered bail continues.


                                        Elisaveta Kalluci
                                        Courtroom Deputy


Time Commenced: 10:00AM
Time Adjourned: 2:30PM