```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                       MINUTES OF PROCEEDINGS
```

**NEWARK**                                                **DATE: JUNE 6, 2019**

**JUDGE**: Hon. WILLIAM H. WALLS
**COURT REPORTER**: Yvonne Davion
**COURTROOM DEPUTY**: Elisaveta Kalluci

**Title of Case:**                                        Cr.#: 18-379 (WHW)

USA v. GERMAINE H. KING, DANIEL K. DXRAMS

**Appearances:**

Anthony Moscato, AUSA
Lakshmi Srinivasan Herman, AUSA
Christopher Braine, Detective
Gyula Balogh, Paralegal
Germaine H. King, a/k/a Germaine Howard, Pro Se
Kenneth W. Kayser, CJA (Standby Counsel for Defendant King)
Michael A. Orozco, ESQ. (Counsel for Defendant Dxrams)


**Nature of proceedings**:   CRIMINAL JURY TRIAL


Trial with Jury continued.
Defendants and Jury present.
Paul Kochis resumes on behalf of the Government.
Jaime Almario sworn on behalf of the Government.
Kevin Rietema sworn on behalf of the Government.
James Kreig sworn on behalf of the Government.
Trial adjourned at 2:30PM to resume June 7, 2019 at 10:00AM.
Ordered bail continues.


                                              Elisaveta Kalluci
                                              Courtroom Deputy


Time Commenced: 10:00AM
Time Adjourned: 2:30PM