```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW JERSEY
```
**MINUTES OF PROCEEDINGS**

**NEWARK**                                              **DATE: JUNE 19, 2019**

**JUDGE**: Hon.  WILLIAM H. WALLS
**COURT REPORTER**: Yvonne Davion
**COURTROOM DEPUTY**: Elisaveta Kalluci

**Title of Case:**                                      Cr.#: 18-379 (WHW)

USA v. GERMAINE H. KING, DANIEL K. DXRAMS

**Appearances:**

Anthony Moscato, AUSA
Lakshmi Srinivasan Herman, AUSA
Germaine H. King, a/k/a Germaine Howard, Pro Se
Kenneth W. Kayser, CJA (Standby Counsel for Defendant King)
Michael A. Orozco, ESQ. (Counsel for Defendant Dxrams)


**Nature of proceedings**:   CRIMINAL JURY TRIAL


Trial with Jury continued.
Defendants and Jury present.
AUSA Anthony Moscato CLOSED for the Government.
Michael Orozco, Esq. CLOSED for the Defendant Dxrams.
Ordered lunch provided for 12 jurors (Hobby's) at the Gov'ts expense.
Defendant Germaine H. King a/k/a Germain Howard CLOSED.
AUSA Anthony Moscato REBUTTAL.
Trial adjourned at 4:00PM to resume June 20, 2019 at 10:00AM.
Ordered bail continues.


                                              Elisaveta Kalluci
                                              Courtroom Deputy

Time Commenced: 10:00AM
Time Adjourned: 4:00PM