```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        MINUTES OF PROCEEDINGS
```

**NEWARK**                                                **DATE: JUNE 20, 2019**

**JUDGE**: Hon.  WILLIAM H. WALLS
**COURT REPORTER**: Yvonne Davion
**COURTROOM DEPUTY**: Elisaveta Kalluci

**Title of Case:**                                        Cr.#: 18-379 (WHW)

USA v. GERMAINE H. KING, DANIEL K. DXRAMS

**Appearances:**

Anthony Moscato, AUSA
Lakshmi Srinivasan Herman, AUSA
Germaine H. King, a/k/a Germaine Howard, Pro Se
Kenneth W. Kayser, CJA (Standby Counsel for Defendant King)
Michael A. Orozco, ESQ. (Counsel for Defendant Dxrams)


**Nature of proceedings**:   CRIMINAL JURY TRIAL


Trial with Jury continued.
Defendants and Jury present.
Jury retired to deliberate at 10:45AM.
Lunch provided for 12 jurors at the Gov'ts expense (Hobby's).
Jury returned verdict at 3:30PM.
**VERDICT AS TO BOTH DEFENDANTS: GUILTY ON ALL COUNTS.**
Verdict forms filed.
The Court polled and all Jurors concur.
All Jurors excused.
**Sentencing set for October 1, 2019 at 10:00 am. for both defendants.**
Ordered bail continues.
Jury trial concluded at 4:15PM.

                                              Elisaveta Kalluci
                                              Courtroom Deputy

Time Commenced: 10:00AM
Time Adjourned: 4:15PM