UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>GERMAINE H. KING,<br>  a/k/a "Germaine Howard," and<br>DANIEL K. DXRAMS,<br>  currently known as "Daniel Kusi,"<br>  formerly known as "Danny D.<br>  Dxrams" | :<br><br>:<br><br>: | Hon. William H. Walls<br><br>Criminal No. 18-379 (WHW)<br><br>**VERDICT FORM AS TO<br>DEFENDANT GERMAINE H. KING<br>a/k/a "Germaine Howard"** |

1. As to Count One, which charges Defendant King with conspiracy to commit bank and mail fraud from about March 2014 through about July 2015, we, the jury, unanimously find beyond a reasonable doubt Defendant King:

    NOT GUILTY \_\_\_\_\_    GUILTY _X_

2. As to Count Two, which charges Defendant King with bank fraud on or about May 12, 2014, we, the jury, unanimously find beyond a reasonable doubt Defendant King:

    NOT GUILTY \_\_\_\_\_    GUILTY _X_

3. As to Count Three, which charges Defendant King with bank fraud on or about May 12, 2014, we, the jury, unanimously find beyond a reasonable doubt Defendant King:

    NOT GUILTY \_\_\_\_\_    GUILTY _X_

4. As to Count Four, which charges Defendant King with bank fraud on or about May 19, 2014, we, the jury, unanimously find beyond a reasonable doubt Defendant King:

    NOT GUILTY \_\_\_\_\_    GUILTY _X_

5. As to Count Five, which charges Defendants King and Dxrams with conspiracy to commit mail fraud from about February 2017 through about July 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant King:

      NOT GUILTY _____      GUILTY __X__

6. As to Count Six, which charges Defendants King and Dxrams with mail fraud on or about February 27, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant King:

      NOT GUILTY _____      GUILTY __X__

7. As to Count Seven, which charges Defendants King and Dxrams with mail fraud on or about February 27, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant King:

      NOT GUILTY _____      GUILTY __X__

8. As to Count Eight, which charges Defendants King and Dxrams with mail fraud on or about February 27, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant King:

      NOT GUILTY _____      GUILTY __X__

9. As to Count Nine, which charges Defendants King and Dxrams with mail fraud on or about February 27, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant King:

      NOT GUILTY _____      GUILTY __X__

10. As to Count Ten, which charges Defendants King and Dxrams with mail fraud on or about March 9, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant King:

NOT GUILTY \_\_\_\_    GUILTY  X

11. As to Count Eleven, which charges Defendants King and Dxrams with mail fraud on or about April 4, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant King:

NOT GUILTY \_\_\_\_    GUILTY  X

12. As to Count Twelve, which charges Defendants King and Dxrams with mail fraud on or about May 2, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant King:

NOT GUILTY \_\_\_\_    GUILTY  X

13. As to Count Thirteen, which charges Defendants King and Dxrams with mail fraud on or about May 9, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant King:

NOT GUILTY \_\_\_\_    GUILTY  X

14. As to Count Fourteen, which charges Defendants King and Dxrams with mail fraud on or about June 21, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant King:

NOT GUILTY \_\_\_\_    GUILTY  X

15. As to Count Fifteen, which charges Defendants King and Dxrams with mail fraud on or about June 22, 2017, we, the jury, unanimously find beyond a reasonable doubt Defendant King:

NOT GUILTY \_\_\_\_    GUILTY  X

DATE: 6/20/19

Foreperson