

**PRICE, MEESE, SHULMAN & D'ARMINIO**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

50 TICE BOULEVARD, SUITE 380
WOODCLIFF LAKE
NEW JERSEY 07677
TELEPHONE (201) 391-3737
FACSIMILE (201) 391-9360
www.pricemeese.com

GREGORY D. MEESE*
GAIL L. PRICE*+
FREDERIC M. SHULMAN*+
LOUIS L. D'ARMINIO* ⌂
JOHN R. EDWARDS, JR.*
MICHAEL K. BREEN*
PAUL A. CONCIATORI*#
WILLIAM D. BIERMAN*
CATHY J. POLLAK*
THOMAS C. MARTIN*
JOHN L. MOLINELLI*x

RICHARD M. FRICKE*+
MARK W. GREENE*⌂
KAREN F. EDLER*
MICHAEL A. OROZCO**
RICK A. STEINBERG*⌂
DOROTHY A. KOWAL
JENNIFER M. KNARICH*◊

GREGORY K. ASADURIAN
RENEE A. FATOVIC*
ALLYSON KASETTA*
JENNIFER M. BERARDO*
JACQUELINE E. SHULMAN*
MICHELLE L. KRONE

\* Also admitted in NY
\+ Also admitted in DC
⌂ Also admitted in PA
◊ Also admitted in CT
• Also admitted NY Fed Cts.
\# Also LEED AP
x Bergen County Prosecutor (ret.)

Additional Offices:
+WEST RED OAK LANE, SUITE 302
WHITE PLAINS, NEW YORK 10604
TELEPHONE (914) 251-1618
FACSIMILE (914) 251-1230

ONE GATEWAY CENTER, SUITE 2600
NEWARK, NEW JERSEY 07102
TELEPHONE (973) 799-8551
FACSIMILE (973) 735-2719

December 17, 2019

**Via ECF Only**

New Jersey Federal District Court

Attn: Honorable John Michael Vazquez

50 Walnut Street

Newark, NJ 07102

   **Re: USA v. Daniel Dxrams**

   **Crim No.: 18-379 (JMV)**

Dear Judge Vazquez:

  Please accept this letter on behalf of our client, Daniel Dxrams, with regard to our currently pending motion. Specifically, pursuant to Your Honor's permission to file a supplemental submission as to the timeliness of the motion which will be heard on the merits, the undersigned submits that the rule should be relaxed given the circumstances.

  As the parties discussed in the telephone conference, thought the undersigned had requested and obtained what I believed to be the consent of the Government, the passing of the Honorable William Walls was an extenuating circumstance which should be taken into consideration.

  I sincerely appreciate the court hearing this matter on the merits on short notice. In the event that the Government or Your Honor requires additional time to address the motions in a manner that will allow Mr. Moscato to argue them prior to his departure at the end of this year I will consent to any day or time that is convenient.

Sincerely,

Michael Orozco

MAO/mao

cc: All Counsel (Via ECF)



Our 25th Year