**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE**: 1/7/2020
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**  **DOCKET#** 18-379-01

UNITED STATES OF AMERICA
　　　　　vs.

Germaine H. King


**APPEARANCES:**

Lakshmi Herman, AUSA
Kenneth Kayser, Esq. as standby counsel for Defendant
Kimberly Artist, Probation Officer
**Defendant present.**

**Nature of Proceedings**:  SENTENCING ON Count 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15

Imprisonment – 70 months on each of Counts 1 through 15 to run concurrently.
Supervised Release – 5 years on each of Counts 1 through 4 and terms of 3 years on each of Counts 5 through 15, all such terms to run concurrently.
Special conditions:  new debt, financial disclosure, supporting dependents, etc.
Restitution:  $597,780.99 interest waived.
Special Assessment - $ 1,500.00 due immediately.
Forfeiture:  $457,000.
Defendant advised of right to appeal.
Fine waived.
Recommendation that Defendant be considered for a IFRP program.  Designation as near as Defendant's home address.
Defendant to self-surrender upon designation.

**Time Commenced: 10:30**
**Time Adjourned: 12:00**
**Total Time: 1:30**


　　　　　　　　　　　　　　　　　　　　　 RoseMarie Olivieri
　　　　　　　　　　　　　　　　　　　　　 SENIOR COURTROOM DEPUTY