LAW OFFICES OF
# ROBERT J. DeGROOT
Attorneys At Law

Robert J. DeGroot
NJ Bar #282351972
NY Bar #2921633

Oleg Nekritin
NJ Bar #018752009
NY Bar #4855789

January 29, 2020

Hon. John Michael Vazquez, U.S.D.C.J.
United States District Court
50 Walnut St.
Newark, N.J. 07101

Re: United States vs. Melissa Reynolds, et. al.
Crim Case No.: 2:18-cr-00379

Dear Judge Vazquez:

This firm represents the Defendant, Ms. Reynolds in the above captioned matter. Ms. Reynolds's co-Defendant recently filed a motion to stagger the prison terms for each defendant. The Court denied that motion but directed the BOP to assign Ms. Reynolds's surrender date to no early than July 2020.

Prior to the Court's decision, my client requested that I submit a response to Mr. King's motion to request that if the court denied the request to stagger the sentences, that would not want her turn in date to be pushed back to July. I apologize to the court for my late submission and this subsequent request to vacate that portion of the order pushing back Ms. Reynolds's turn in date.

Ms. Herman has graciously consented to this request to vacate that part of the order. I have drafted a so-ordered clause on the bottom of this letter. If the Court so requests, I can file a formal motion for this request.

I thank the Court for its consideration of this request.

Respectfully submitted,

Robert J. De Groot, Esq.

cc: Lakshmi Herman, A.U.S.A.

IT IS SO ORDERED ON THIS 29th DAY OF January, 2020, that the Court's previous Order of January 27, 2020, is hereby amended to vacate the Court's directive for the BOP to designate Ms. Reynolds's sentence to not commence before July 1, 2020. The BOP shall designate the start of Ms. Reynolds's sentence pursuant to its regular practice.

Hon. John Michael Vazquez, U.S.D.C.J.

60 Park Place, Suite 105 • Newark, New Jersey 07102
973.643.1930 Phone • 973.643.7231 Fax • RobertJDeGroot@aol.com Email