# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Hon. John Michael Vazquez |
| | ) | |
| | ) | Crim No. 18-379 (JMV-2) |
| vs | ) | |
| | ) | Letter |
| GERMAINE H. KING | ) | Order for Extension of Voluntary |
| | ) | Surrender Date |

June 3, 2020

Dear Honorable Judge Vazquez:

I, defendant Germaine King, am submitting this letter out of concern. On May 26, 2020 I filed a motion for an extension of the voluntary surrender date due to the COVID-19 pandemic. On 5/27/2020, Your Honor ruled that responses shall be submitted by 6/1/2020 and replies shall be due by 6/4/2020 (document #183). On 6/1/2020, the Government submitted a response. Later on 6/1/2020, Your Honored ruled that the surrender date has been denied (document #185) which was prior to giving me an opportunity to respond to the Governments opposition. I emailed Ms. Joyce Malliet this morning 6/3 to discuss the matter and I have not received a response. I also called the judges chamber and left a voicemail. I would like to submit my response to the government's opposition and be awarded an opportunity to motion the court for a reconsideration.

I am aware that I need to start my sentence in a timely manner. I am merely asking for an extension due to the dangerous COVID-19 illness spreading rapidly across New Jersey, and the federal prison system. I am hoping that the court can honor an extension of the voluntary surrender date of June 9th to a modest and precautionary date. I originally requested an extension until September 9th, 2020, however if that date cannot be granted I would appreciate at least a 30 day extension to allow my daughter to finish school and to finalize some arrangements that have been delayed due certain businesses closed due to the New Jersey State Wide order which did not allow certain businesses to operate.

I would appreciate if you would consider this request of at least 30 days. If the court would like me to submit a formal motion I am prepared to submit my response. Please feel free to contact me at 973-280-5651 or via email to discuss to matter.

I thank you in advance for looking into this situation.


Respectfully Submitted,

*Germaine King*
Germaine King