TO:
SUBJECT: Custodial Custody Monitored Credit
DATE: 08/28/2021 08:14:49 PM

Martin Luther King, Jr. Courthouse
United States District Court
50 Walnut Street - Room 5054
Newark, New Jersey 07102

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2021 OCT -4 A 9:50

United States of America

v

Germaine King Case Number: 18-7038-2 and 18-cr-00379-01

(a) At issue is the federal statute 18 USC 3585 (6) - The specific time credited to Germaine King for the custodial custody he spent prior to being sentenced - this federal statue allows the following time that Germaine King spent while awaiting sentencing;

(b) At issue - from March 20, 2018 through May 20, 2018 Germaine King was on a monitor and his movements was restricte as to what he could do and what he could not do - further

(i) on page two (2) of exhibit: "DD-F/09" - at the bottom of the page it fully states the following

(1)Defendant to be placed on location ,monitoring of a curfew until the bond has been co-signed Germaine King was on the monitor up until May 15, 2018 equaling two (2) months - he was rearrested in may 2018 spent 58 days in county jail further

(c) At issue - from July 11 through December 11, 2018 - again Germaine King was on a monitor and his movements were restricted as to what he was allowed to do and what he was not allowed to do but

(ii) on page two (2) of exhibit: "OP-H/77" full instruction were again stated and had to be complied with while (iii) c page two (2) establishes the custodial custody - that clearly establishes the condition of the monitor - Home Incarceration tha says you are restricted to your residence under 24 hour lock-down except for medical necessities and court appearances or other activities approved by the court - therefore

(2) The defendant Germaine King was fully under custodial custody and exhibit: "JJ-L/22" depicts he v allowed to travel to Morgan State University again demonstrating - his movements were controlled - therefore

(d) At issue federal statute 3585 # b exhibit: "SS-R/66" says - that Germaine King must be grant credit for the time he spent i official detention prior to his sentencing date - whereby

(3) From July 11, 2018 through December 11, 2018 was exactly 5 months - therefore the full credit of official detention is 7 months to be awarded - further

(iii) page two (2) of exhibit: "SS-R/66" says - credit for prior custody will be granted under federal statute 18 USC (l 3585 further

(e) At issue - Germaine King requests that this court grant him the sum of seven (7) months of custodial custody monitored ti on Home detention as stated up and

(4) Germaine King will be sending a copy to the Probation Office/ Pretrial Officer Cathleen Cullen locat at 50 Walnut Street - First Floor Newark, New Jersey 07102 - with the original going to this court both will be by Service of Process - via certified mail receipt with return signature receipt

(f) Germaine King asks the court to advise the Bureau of Prisons of the courts decision to grant the seven (7) months of hom detention credit

Date: 9·23·21

Respectfully Submitted;
Germaine King
Germaine King

18

# UNITED STATES DISTRICT COURT

for the **District of** New Jersey

United States of America

v.

Germaine King

Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 18-7038-2

IT IS ORDERED on this 20 day of March, 2018 that the release of the defendant is subject to the following conditions:

(1) The defendant must not violate any federal, state or local law while on release.
(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address and/or telephone number.
(4) The defendant must appear in court as required and must surrender to serve any sentence imposed.

**Release on Bond**

Bail be fixed at $ 250,000.00 and the defendant shall be released upon:

( ✓ ) Executing an unsecured appearance bond ( ✓ with co-signor(s) Anthony D. Brown;
( ) Executing a secured appearance bond ( ) with co-signor(s)________, and ( ) depositing in cash in the registry of the Court ____% of the bail fixed; and/or ( ) execute an agreement to forfeit designated property located at ________. Local Criminal Rule 46.1(d)(3) waived/not waived by the Court.
( ) Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof;

**Additional Conditions of Release**

Upon finding that release by the above methods will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, it is further ordered that the release of the defendant is subject to the condition(s) listed below:

IT IS FURTHER ORDERED that, in addition to the above, the following conditions are imposed:

( ✓ ) Report to Pretrial Services ("PTS") as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning or traffic stop.
( ) The defendant shall not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim, or informant; not retaliate against any witness, victim or informant in this case.
( ) The defendant shall be released into the third party custody of ________

*who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.*

Custodian Signature: ________ Date: ________

(✓) The defendant's travel is restricted to (✓) New Jersey ( ) Other ______________________ (✓) unless approved by Pretrial Services (PTS).

(✓) Surrender all passports and travel documents to PTS. Do not apply for new travel documents.

(✓) Substance abuse testing and/or treatment as directed by PTS. Refrain from obstructing or tampering with substance abuse testing procedures/equipment.

(✓) Refrain from possessing a firearm, destructive device, or other dangerous weapons. All firearms in any home in which the defendant resides shall be removed by 48 hrs. and verification provided to PTS.

( ) Mental health testing/treatment as directed by PTS. surrender firearms ID and permits.

( ) Abstain from the use of alcohol.

( ) Maintain current residence or a residence approved by PTS.

( ) Maintain or actively seek employment and/or commence an education program.

( ) No contact with minors unless in the presence of a parent or guardian who is aware of the present offense.

( ) Have no contact with the following individuals: ______________________

( ) Defendant is to participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

- ( ) (i) Curfew. You are restricted to your residence every day ( ) from ______ to _______, or ( ) as directed by the pretrial services office or supervising officer; or
- ( ) (ii) Home Detention. You are restricted to your residence at all times except for the following: education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer. Additionally, employment ( ) is permitted ( ) is not permitted.
- ( ) (iii) Home Incarceration. You are restricted to your residence under 24 hour lock-down except for medical necessities and court appearances, or other activities specifically approved by the court.

( ) Defendant is subject to the following computer/internet restrictions which may include manual inspection and/or the installation of computer monitoring software, as deemed appropriate by Pretrial Services. The defendant shall pay all or part of the cost of the monitoring software based upon their ability to pay, as determined by the pretrial services office or supervising officer.

- ( ) (i) No Computers - defendant is prohibited from possession and/or use of computers or connected devices.
- ( ) (ii) Computer - No Internet Access: defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc);
- ( ) (iii) Computer With Internet Access: defendant is permitted use of computers or connected devices, and is permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.) for legitimate and necessary purposes pre-approved by Pretrial Services at [ ] home [ ] for employment purposes.
- ( ) (iv) Consent of Other Residents -by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services.

(✓) Other: Def to be placed on location monitoring w/ a curfew

( ) Other: until the bond has been co-signed.

( ) Other: ______________________

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

[signature]

*Defendant's Signature*

ELIZABETH NJ

*City and State*

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 3/20/18

[signature]

*Judicial Officer's Signature*

Cathy L. Waldor

*Printed name and title*

# UNITED STATES DISTRICT COURT

for the **District of** New Jersey

United States of America

v.

Germaine King

Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number: 18-7038-2

IT IS ORDERED on this 11 day of July, 2018 that the release of the defendant is subject to the following conditions:

(1) The defendant must not violate any federal, state or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.

(3) The defendant must immediately advise the court, defense counsel, and the U.S. attorney in writing before any change in address and/or telephone number.

(4) The defendant must appear in court as required and must surrender to serve any sentence imposed.

**Release on Bond**

Bail be fixed at $ 250,000.00 and the defendant shall be released upon:

( ✓ ) Executing an unsecured appearance bond ( ) with co-signor(s)____________;

( ) Executing a secured appearance bond ( ) with co-signor(s)____________, and ( ) depositing in cash in the registry of the Court ____% of the bail fixed; and/or ( ) execute an agreement to forfeit designated property located at ____________. Local Criminal Rule 46.1(d)(3) waived/not waived by the Court.

( ) Executing an appearance bond with approved sureties, or the deposit of cash in the full amount of the bail in lieu thereof;

**Additional Conditions of Release**

Upon finding that release by the above methods will not by themselves reasonably assure the appearance of the defendant and the safety of other persons and the community, it is further ordered that the release of the defendant is subject to the condition(s) listed below:

IT IS FURTHER ORDERED that, in addition to the above, the following conditions are imposed:

( ✓ ) Report to Pretrial Services ("PTS") as directed and advise them immediately of any contact with law enforcement personnel, including but not limited to, any arrest, questioning or traffic stop.

( ) The defendant shall not attempt to influence, intimidate, or injure any juror or judicial officer; not tamper with any witness, victim, or informant; not retaliate against any witness, victim or informant in this case.

( ) The defendant shall be released into the third party custody of ____________

*who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.*

Custodian Signature: ____________ Date: ____________

(✓) The defendant's travel is restricted to (✓) New Jersey ( ) Other ____________________ (✓) unless approved by Pretrial Services (PTS).

(✓) Surrender all passports and travel documents to PTS. Do not apply for new travel documents.

( ) Substance abuse testing and/or treatment as directed by PTS. Refrain from obstructing or tampering with substance abuse testing procedures/equipment.

(✓) Refrain from possessing a firearm, destructive device, or other dangerous weapons. All firearms in any home in which the defendant resides shall be removed by 48 hrs and verification provided to PTS. surrender any Firearm ID's / purchase ID's.

( ) Mental health testing/treatment as directed by PTS.

( ) Abstain from the use of alcohol.

( ) Maintain current residence or a residence approved by PTS.

( ) Maintain or actively seek employment and/or commence an education program.

( ) No contact with minors unless in the presence of a parent or guardian who is aware of the present offense.

( ) Have no contact with the following individuals: ____________________

(✓) Defendant is to participate in one of the following home confinement program components and abide by all the requirements of the program which ( ) will or ( ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.

- ( ) (i) Curfew. You are restricted to your residence every day ( ) from ______ to ______, or ( ) as directed by the pretrial services office or supervising officer; or
- ( ) (ii) Home Detention. You are restricted to your residence at all times except for the following: education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services office or supervising officer. Additionally, employment ( ) is permitted (✓) is not permitted, unless from home.
- (✓) (iii) Home Incarceration. You are restricted to your residence under 24 hour lock-down except for medical necessities and court appearances, or other activities specifically approved by the court.

(✓) Defendant is subject to the following computer/internet restrictions which may include manual inspection and/or the installation of computer monitoring software, as deemed appropriate by Pretrial Services. The defendant shall pay all or part of the cost of the monitoring software based upon their ability to pay, as determined by the pretrial services office or supervising officer.

- ( ) (i) No Computers - defendant is prohibited from possession and/or use of computers or connected devices.
- ( ) (ii) Computer - No Internet Access: defendant is permitted use of computers or connected devices, but is not permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc);
- (✓) (iii) Computer With Internet Access: defendant is permitted use of computers or connected devices, and is permitted access to the Internet (World Wide Web, FTP Sites, IRC Servers, Instant Messaging, etc.) for legitimate and necessary purposes pre-approved by Pretrial Services at [ ] home [ ] for employment purposes.
- (✓) (iv) Consent of Other Residents -by consent of other residents in the home, any computers in the home utilized by other residents shall be approved by Pretrial Services, password protected by a third party custodian approved by Pretrial Services, and subject to inspection for compliance by Pretrial Services.

(✓) Other: Submit to PTS use of electronic detection devices to evaluate

( ) Other: defendant, residents, and/or visitors access to WiFi.

(✓) Other: No filings w/ government agencies or corporate entities unless reviewed and approved by DX counsel.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

[signature]
*Defendant's Signature*

Elizabeth, NJ
*City and State*

### Directions to the United States Marshal

(✓) The defendant is ORDERED released after processing.
(  ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 7/11/18

[signature]
*Judicial Officer's Signature*

Cathy L. Waldor
*Printed name and title*

(REV. 4/09)

NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GERMAINE H. KING,<br>Defendant. | **ORDER**<br>18-cr-00379-01 (WHW) |

**Walls, Senior District Judge**

Defendant King requests this Court to modify the conditions of his pretrial release.[1] Mr. King is charged with fifteen counts of felony fraud. ECF No. 83. He is currently out on bail in the form of a $250,000 unsecured appearance bond. ECF No. 65. Mr. King requests that (1) he be allowed to visit Morgan State University to assist his stepdaughter in moving out of her college dorm; (2) a "reasonable curfew be awarded" to assist in seeing his children during his visitation days; (3) the Pretrial Services Office make decisions for travel requests.

The Court grants (1) Mr. King the ability to travel to Morgan State University on December 13, as it has before. *See* ECF Nos. 69, 72, 80. However, the (2) current curfew set by pretrial services will not be disturbed, and (3) this Court alone will continue to oversee the modification of travel conditions.

DATE: 11 December 2018

William H. Walls
Senior United States District Court Judge

...NE KING
...-050
...X 2000
...T DIX
...BASE MDL. NJ 08640

U.S. POSTAGE PAID
FCM LG ENV
JOINT BASE MDL, NJ
08640
SEP 27, 21
AMOUNT
$0.00
R2305M146244-07

UNITED STATES POSTAL SERVICE
1000
07101

...OF ENVELOPE TO THE RIGHT
...RESS, FOLD AT DOTTED LINE
...IED MAIL®

...001 1879 4433

2021 OCT -4 A 9:24

RETURN RECEIPT
REQUESTED

To: CLERK OF US DISTRICT COURT
MARTIN LUTHER KING, JR
FEDERAL BLD. & US COURTHOUSE
50 WALNUT STREET
NEWARK NJ. 07101