**Not for Publication**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br>v.<br>GERMAINE H. KING,<br>*Defendant*. | Crim. No. 18-379<br>**AMENDED ORDER** |

**John Michael Vazquez, U.S.D.J.**

This matter was opened to the Court by Defendant's motion for custodial credits, D.E. 201, which the Court construes as a motion pursuant to 28 U.S.C. § 2241. The Government filed opposition. D.E. 204. And it

**APPEARING** that Defendant seeks credit for time spent on pretrial detention and home confinement, D.E. 201, and it further

**APPEARING** that the applicable statute as to credits for prior custody is 18 U.S.C. § 3585(b); and it further

**APPEARING** that the United States Attorney General, through the Federal Bureau of Prisons ("BOP"), is the initial arbiter as to granting credits for prior custody, *see United States v. Wilson*, 503 U.S. 329, 333, 335 (1992); and it further

**APPEARING** that Defendant has not shown that he has exhausted his administrative remedies with the BOP nor has he shown that exhaustion should be excused for cause, undue prejudice, or futility;

As a result, and for good cause shown

IT is on this 22nd day of October 2021 hereby

**ORDERED** that Defendant Germaine H. King's motion to for custody credits, D.E. 201, is **DENIED without prejudice** for failure to exhaust administrative remedies; and it is further

**ORDERED** that the Clerk's Office shall send this Order to Defendant by regular mail.

John Michael Vazquez, U.S.D.J.