SUBJECT: Custodial Custody
DATE: 10/15/2021 10:44:55 AM

United States District Court
U.S. Post Office and Courthouse
Federal Square
Newark, New Jersey 07102

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2021 OCT 25 A 10: 22

a Judicial Notice - TO: The Honorable Judge Michael Vazquez

RE: United States v Germaine King - Crim. No.:18-379
RE: Letter - issued to Judge Michael Vazquez - by the
(a) At issue - U.S. Attorneys Office - Rachael A. Honig and Joyce Malliet - both located in the U.S. Attorneys Office as Attorneys - the letter is dated 10/5/2021
(b) At issue - Your Honor - the custodial Credit for my Official Federal Detention that I am entitled to as a part of the administrative record - in Existence therefore

(i) the Prima Facie, evidence - is protected under the Privacy Act - as well as the requirements of the Privacy Act - whereby

(c) At issue - Section 552a(d)(2)(A)(B)(i)(ii) of the Privacy Act - is very explicit - as long as the "material facts" - which are and were proven by physical - exhibits sent to this Court and the entities as named herein below - could have been easily verified and easily proven by both the U.S. Attorneys Office and the U.S. Probation Office - whereby each entity legally had 10 days - for a Response to be filed in this Court either in acceptance or physical evidence of Prima Facie, evidence that would materially dispute the "factual assertions made by Germaine King - did not accrue the custodial custody credit as per his last Pleading sent to this court and both entities that proved his official detention prior to the commencement of his federal sentence whereby he was placed on restrictions at home and was forced to abide by these restrictions as part of his release therefore

(ii) Germaine King is Invoking - Summary Judgment - under Rule 56(c)(e) - whereby I Germaine King am asking this - Court to grant me the full credit I provided physical evidence for - immediately because

(iii) Neither entity in #(c) - has provided a genuine "material" dispute and there cannot be a genuine "material dispute against the material fact that custodial custody credit is due Germaine King that was earned under 18 USC 3585 (b) and in all honesty only the U.S.Probation Office and this Court had the right to Respond not the U.S.Attorneys Office of which has nothing to do with official federal detention - therefore

I - Germaine King - ask this Court to immediately grant his request for the time he spent on official detention prior to the commencement of Federal Sentence therefore
I will provide a copy of this Pleading to both entities as my notification that they both were notified - again neither entity has disputed the custodial custody credit;

Respectfully Submitted;

Germaine King

Date: 10-15-2021

Germaine King

Germaine King 71462-050
FCI Fort Dix
Po Box 2000
Joint Base New Jersey
08640

TRENTON NJ 085
19 OCT 2021 PM 4 L

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2021 OCT 25 A 10: 22

XRAYED

To: THE HONORABLE JOHN MICHAEL VAZQUEZ
United States District Judge
US Post Office and Courthouse
Federal Square
Newark, New Jersey 07102