U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2021 OCT 28 A 11: 14

SUBJECT: Response
DATE: 10/24/2021 08:40:15 AM

United States District Court
U.S. Post Office and Courthouse
1 Federal Square
Newark, New Jersey 07101

A - Responsive Pleading - that's not a Motion - Not a Petition - Not a Complaint therefore we issue

a Judicial Notice - Invoking - again Summary Judgment - Rule 56(a)(c)(e) Further

TO: The Honorable Judge John Michael Vazquez

(a) At issue - U.S. Attorney Rachael A. Honig's Motion to this Court - dated October 18, 2021 - received by Germaine H. King on Friday October 22, 2021 whereby (1) of significance - before this Court these "Material Facts"
(b) At issue - Fraud upon this District Court by U.S. Attorney Rachael A. Honig whereby
(i) under the False Claims Act - violation - 31 USC 3129 U.S. Attorney Honig makes several - Inaccurate statements to this Court First, (2) The Court has to be aware - that Germaine H. King - had copied the U.S. Attorneys Office - merely as a courtesy - because
(c) At issue - the U.S. Attorneys Office - has nothing to do with "custodial Custody - {federal Official Detention} whereby
(ii) The Pretrial Services was the entity controlling Germaine H. King restrictions of which is a part of Probation - and
(d) At issue - the Probation Office - has failed to provide - a genuine "material" dispute as to Germaine H. King being granted - his seven (7) months of Official Detention - Prior to the date of Germaine H. King Federal Sentence- of which is the Probation Office legal duty to provide essential " Prima Facie, evidence to dispute but (iii) as this Court can see they have been very quite as to n to challenge the three (3) documents provided to them - therefore
(e) At issue - Germaine H. King - did in fact provide Prima Facie. evidence to this Court as significant "proof" of his Federal Official Detention {whereby the three (3) document attest to this} further
(f) At issue - Neither the U.S. Attorneys Office {especially Ms. Honig} nor the Probation Office has challenged the three (3) documents - that fall under the requirements and the protection of the Privacy Act because it is these document can easily be Verified and easily Proven - a requirement of the Privacy Act - because this evidence is a part of the administrative record in existence - therefore - we "quote" a controlling Supreme Court case - William Camp v Pitts - whereby the Supreme Court held (iii) that the focal point of any judicial review has to be the administrative record in existence not some made of records therefore (3) Review Court such as this District - located at 1 Federal Square - Newark, New Jersey 07101 - therefore
(g) At issue - before this Court - the matter of Summary Judgment - Rule 56(a)(c)(e) - as a matter of law - Germaine H. King - is entitled to "RELIEF" because - there does not exist any "material" fact to dispute that Germaine H. King spent seven (7) months - under Federal Official "Detention - as stated in
(4) Federal Statute - 18 USC 3585(b) - that quotes the same wording as utilized as U.S. Attorney Rachael A. Honig on page 3 top of page #(A) - defendant shall be given toward the service of a term of imprisonment prior for and time he (Germaine H. King} spent in Official Detention prior to the date the sentence commences -
(5) U.S Attorney Rachael A. Honig - continues to quote the statute #1 and #2 - both - having nothing to do with Germaine H. King therefore - we proceed with the inaccurate statements - by U.S. Attorney Honig
(h) At issue - U.S. Attorney Rachael A. Honig - was to infer that the Federal Bureau of Prisons is the entity via administrative remedy - because the Federal Bureau is only the place of confinement for Germaine H. King to begin and complete his federal sentence - and has no legal grounds as to the granting of Germaine H. King's time spent on Federal Official Detention -further
(i) At issue - on page 4 - U.S. Attorney Rachael A. Honig - again for the third time - establishes an inaccurate statement - when she speaks about - Section 2241 - please allow - Germaine H. King to quote the section 2241 -"Section 2241 is the only statute that confers habeas jurisdiction to hear the petition of a federal prisoner who is challenging not the validity but the execution of his sentence" Coady v Vaughn 251 F. 3d 480, 485-486(3rd Cir. 2001) - whereby
(k) At issue - this portion of Section 2241 - "A petition for a writ of habeas corpus - under 28 USC 2241 - in the district where the prisoner is confined provides a remedy "where petitioner challenges the effects of events subsequent to his sentence - Gomori V Arnold , 33 F. 2d 871, 874(3rd Cir. 1976) further
(6) Review of the word - Subsequent - from the dictionary says to follow, to succeed - at a later date therefore
(l) At issue - that means - the federal "custodial custody" as to Federal Official Detention occurred "Prior" Germaine H. King in reference to the execution of his sentence and therefore - since -the U.S. Attorney Rachael A. Honig located at 970 Broad

Street - Suite 700 - Newark, New Jersey - represent the U.S Attorney General, the Director of the Bureau of Prisons, the Warden and his staff at FCI Fort Dix - legally once the attorney for the parties above have been notified - these parties have so been notified and under the requirements of the Privacy Act - each had ten (10) days to respond and each has failed to not just respond but to provide a genuine "material" dispute as to the official detention of seven (7) months owed Germaine H. King therefore (7) Does not this kill and suggested administrative remedy process by U.S. Attorney Rachael A. Honig - even though there is no legal basis for any administrative remedy - again we have
(m) At issue - U.S. Attorney Rachael A. Honig knows the law and to make such a suggestion - violates the False Claims Act as we have demonstrated herein - further
(n) At issue - before this Court - Federal Statute 3585(b) confirms that Germaine H. King - is due and entitled to "Relief" - and as a matter of law - under Summary Judgment - Rule 56(a)(c)(e) whereby Germaine H. King is entitled to the seven (7) months on official detention and (8) As the administrative record in existence confirms - not one entity - has provided a genuine "material" dispute - against the three (3) documents that established Germaine H. King - was on Federal Official "Detention" - whereby (9) was he not under strict - restrictions as to being confined to his home and (10) he had to request permission to make any and all of his appointments before he could leave his home therefore (11) Germaine H. King asks this Honorable Court to immediately grant him as "Relief" his seven (7) months of federal official detention because
(o) At issue - this Court is the only entity that can grant him the seven (7) months and if the Probation Office could have disputed - it would have done so - instead the Probation Office has been quote Silent; because has not the Prima Facie, evidence - proven his Pleading and it can also be verified -

Date: 10/24/21

Respectfully Submitted;
Germaine King
Germaine H. King

**Respondent**

**LORETTA LYNCH**
*Attorney General of the United States of America*

represented by **CAROLINE A. SADLOWSKI**
UNITED STATES ATTORNEY'S OFFICE
970 BROAD STREET
SUITE 700
NEWARK, NJ 07102
(973) 645-2700
Email: caroline.sadlowski@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**MR. KANE**
*Director of the Bureau of Prisons*

represented by **CAROLINE A. SADLOWSKI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

of 4

2/16/2017 12:36 PM

**MR. ORTIZ**
*Warden, FCI Fort Dix*

represented by **CAROLINE A. SADLOWSKI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KRISTIN LYNN VASSALLO**
OFFICE OF THE U.S. ATTORNEY
DISTRICT OF NEW JERSEY
970 BROAD STREET
NEWARK, NJ 07102
973-645-2835
Email: kristin.vassallo@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**MR. ROBINSON**
*Unit Manager building 5811, FCI Fort Dix*

represented by **CAROLINE A. SADLOWSKI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

*Case Manager, building 5811, FCI Fort Dix*

represented by **CAROLINE A. SADLOWSKI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

GERMAINE KING 71462-050
FORT DIX FCI
PO BOX 2000
JOINT BASE MDL, NJ 08640

TRENTON NJ 085
25 OCT 2021 PM 3 L

XRAYED

RECEIVED
CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
2021 OCT 28 A 11:14

TO: CLERK OF DISTRICT COURT
OF NEW JERSEY
50 WALNUT ST
NEWARK NJ 07101

07102-357217