UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

---

Nos. 20-1095 & 20-1138

---

UNITED STATES OF AMERICA

v.

DANIEL KUSI,
Appellant in 20-1095

GERMAINE KING, also known as Germaine Howard,
Appellant in 20-1138

---

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 2:18-cr-00379-002 and 001)
District Judge: The Honorable John M. Vazquez,

---

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
November 9, 2021

Before: HARDIMAN, MATEY, and SCIRICA, *Circuit Judges*.

---

JUDGMENT

---

These causes came to be considered on the record from the United States District Court for the District of New Jersey and was submitted under Third Circuit L.A.R. 34.1(a) on November 9, 2021.

On consideration whereof, it is now hereby **ORDERED** and **ADJUDGED** by this Court that the judgment of the District Court entered on January 9, 2020 at No. 2-18-cr-00379-002 and the judgment of the District Court entered on January 10, 2020 at No. 2-18-cr-00379-001 are hereby **AFFIRMED**. Costs will not be taxed.

All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: November 24, 2021