RECEIVED
JAN - 3 2024
AT 8:30 11:19 am
CLERK, U.S. DISTRICT COURT - DNJ

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Crim No. 2:18-cr379-1 |
| vs | ) | |
| | ) | MOTION FOR MODIFICATION |
| | ) | OR REDUCTION OF SETENCE |
| GERMAINE KING | ) | |
| | ) | |
| | ) | |

I , hereby request a modification or reduction of my sentence pursuant to 18 U.S.C. § **3582 (c)**(2) and Amendments to the United States Sentencing Guidelines, which made a reduction in the criminal history category for defendants that received "status points" and /or offense base levels for certain defendants that are zero point offenders as of November 1, 2023, and in support of my motion state as follows.

1. I served a term of 4 years imprisonment.

2. My sentence was based, at least in part, on a sentence that involved parts of the now amended sentencing guidelines reference above.

3. I was sentenced in this honorable court on January 7th 2020 to a term of 70 months in prison. My total offense baselevel at the time was 25.

4. My current projected BOP release date is 4/16/2024.

5. I hereby request a court appointed attorney to assist me with the filing of this motion.

Respectfully Submitted,

Germaine King

Current Address: 1314 Danchetz Ct Rahway NJ 07065

Germaine King
1314 Danchetz Ct
Rahway NJ 07065

DV DANIELS NJ 070
29 DEC 2023 PM 5 L

RECEIVED

JAN - 3 2024

AT 8:30 11:19 AM
CLERK, U.S. DISTRICT COURT - DNJ

Federal Court - Rm 4015
50 Walnut St
Newark NJ 07101

07102-355199