**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*

*973-645-2700*

April 18, 2024

United States District Court
Clerk's Office
Attn: Michael Dixon
King Federal Building & US Courthouse
50 Walnut Street
Newark, NJ 07102

Re: United States v. Germaine H. King
Crim No. 2:18-379/2:18mj7038

Dear Mr. Dixon:

This matter has been completed with respect to defendant Germaine H. King. Please cancel your two Personal Recognizance Bonds, each for $250,000.00, that were filed March 20, 2018 (DE 19) and July 11, 2018 (DE 66) and recorded in the venue of Newark as follows:

| | |
|---|---|
| Judgment No: | MG-007038-2018 |
| Date Entered: | 03/20/18 and 07/11/18 |
| Date Filed: | 03/20/18 and 07/11/18 |
| Amount: | $250,000.00 (Damages) |
| Creditor: | United States of America |
| Debtor(s): | Germaine King |

Any judgments or liens associated with this recognizance bond may be cancelled of record. Thank you for your assistance.

Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

s/Joyce M. Malliet

By: JOYCE M. MALLIET
Assistant U.S. Attorney