**U.S. Department of Justice**

*United States Attorney*
*District of New Jersey*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*
*973-645-2700*

March 13, 2025

**VIA ECF**
The Honorable Brian R. Martinotti
United States District Judge
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

Re: *United States v. Germaine King*,
Crim. No. 18-379-BRM

Dear Judge Martinotti:

Please accept this letter opposing Defendant Germaine King's motion for a reduction in sentence pursuant to 18 U.S.C. § 3582(c)(2) on the basis of Amendment 821 to the United States Federal Sentencing Guidelines (D.E. 228) (the "Motion"). Defendant was released from Bureau of Prisons custody on April 15, 2024. Accordingly, the Motion has now been rendered moot and should be denied on this basis.[1]

Respectfully submitted,

JOHN GIORDANO
United States Attorney

*/s/ Andrew M. Trombly*

By: Andrew M. Trombly
Assistant U.S. Attorney

---

[1] The Government notes, however, that Defendant was ineligible for a reduced sentence in any event: Having received one criminal history point entirely derived from a prior criminal sentence, PSR ¶¶ 126-127, Defendant was ineligible under either the status-points or zero-point provisions of Amendment 821.