**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 JAN 30 A 10: 28

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**GERMAINE H. KING,**

**Defendant.**

**Crim. No. 18-379 (JMV)**

**GERMAINE H. KING'S MOTION FOR REVIEW AND MODIFICATION OF RESTITUTION IN LIGHT OF NEW EVIDENCE OF VICTIM LOSS**

**To The Honorable Judge Of Said Court:**

**GERMAINE H. KING, <u>pro</u> <u>se</u>, defendant,** in the above styled and numbered cause hereby moves this Honorable Court to Order a Review and Modify his Restitution Obligation, herein, in light of new evidence showing that an alleged victim may have, in fact, been overpaid. For the following reasons, the Court is respectfully requested to review and modify defendant's restitution obligation; to wit:

Under the Mandatory Victims Restitution Act (MVRA), "[a] person sentenced to pay a fine or other monetary penalty, including restitution, shall make such payment immediately unless ... the court provides for payment on a date certain or in installments." **18, U.S.C., Sec. 3572(d)(1).** This statute also mandates that the sentencing order include a payment schedule in consideration of the defendant's economic circumstances. See **18, U.S.C., Sec. 3664(f)(2),** see, also, **<u>United States v. Coates</u>,** 178 F.3d 681, 684 (3rd Cir. 1999). However, unlike other aspects of a criminal defendant's sentence, the monetary obligations such as restitution are subject to modification by the Court on motion by either party pursuant to **18, U.S.C., Sec. 3664(k)** and upon presentation of proper evidence the Court can enter an order modifying restitution obligations.

Here, the defendant respectfully requests a review of his restitution accounting because there appears to be a discrepancy that may have resulted in an overpayment of the debt owed to victim

**MACY'S CREDIT CARD.** The restitution obligation presently in place imposed by the Court lists the following victims and amounts each is to be paid in total per payment arrangements:

1) **Shellpoint Financial** - $432,000.00;
2) **Home Depot** - 1,700.00;
3) **Bentley** - 93,235.99; and
4) **Macy's Credit Card** 9,000.00.

The amounts for **Home Depot** and **Macy's Credit Card** were combined on the payment documentation to reflect a total payment of **$10,700.00.** According to the records of the **$10,700.00** amount imposed, **$3,142.22** has been collected from the defendant towards restitution due in that case. This leaves an outstanding balance due on that account of **$7,557.78.** However, **Macy's Credit Card** has issued defendant a **2018 Form 1099(c)** reflecting **$8,071.74** as canceled debt which must be reported as taxable income and included in defendant's tax filing. See, Copy of **2018 Form 1099(c),** attached, hereto, as Exhibit "A." As a result, **Macy's Credit Card** has already received a tax benefit treatment for this amount. Continuing to collect restitution for the same debt would result in **Macy's Credit Card** being paid twice. Based on his information, defendant's calculations indicate that he has overpaid this debt by **$513.96.**

WHEREFORE, premises considered, this Honorable Court is respectfully requested to Order an investigation into this matter, that the restitution balance be corrected, that any overpayment be properly credited to account; and that any excess payments be sent to the defendant.

Respectfully submitted,

Germaine H. King

DEPARTMENT STORES NATIONAL BANK
PO BOX 790034
ST LOUIS, MO 63179

If you have qu[illegible]stions contact:
INTERNAL R[illegible]COVERY
Phone: 86[illegible] 533-0825

GERMAINE H KING
509 TROTTERS LN
ELIZABETH, NJ 07208-2001

## Instructions for Debtor

You received this form because a Federal Government agency or an applicable financial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, or because an identifiable event has occurred that either is or is deemed to be a discharge of a debt of $600 or more. If a creditor has discharged a debt you owed, you are required to include the discharged amount in your income, even if it is less than $600, on the "Other income" line of your Form 1040. However, you may not have to include all of the canceled debt in your income. There are exceptions and exclusions, such as bankruptcy and insolvency. See Pub. 4681, available at IRS.gov, for more details. If an identifiable event has occurred but the debt has not actually been discharged, then include any discharged debt in your income in the year that it is actually discharged, unless an exception or exclusion applies to you in that year.

**Debtor's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the creditor has reported your complete TIN to the IRS.

**Account number.** May show an account or other unique number the creditor assigned to distinguish your account.

**Box 1.** Shows the date the earliest identifiable event occurred or, at the creditor's discretion, the date of an actual discharge that occurred before an identifiable event. See the code in box 6.

**Box 2.** Shows the amount of debt either actually or deemed discharged. **Note:** If you don't agree with the amount, contact your creditor.

**Box 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 to see if you must include the interest in gross income.

**Box 4.** Shows a description of [illegible] debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you w[illegible] personally liable for repayment of the debt when the debt was created or [illegible] modified, at the time of the last modification. See Pub. 4681 for reporting [illegible]uctions.

**Box 6.** Shows the reason you[illegible]ed for has filed this form. The codes in this box are described in more detail i[illegible]b. 4681. A - Bankruptcy; B - Other judicial debt relief; C - Statute of limi[illegible]ns or expiration of deficiency period; D - Foreclosure election; E - Debt [illegible]et from probate or similar proceeding; F - By agreement; G - Decision or po[illegible]y to discontinue collection; or H - Other actual discharge before identifiable [illegible]nt.

**Box 7.** If, in the same calenda[illegible]ear, a foreclosure or abandonment of property occurred in connection with t[illegible] cancellation of the debt, the fair market value (FMV) of the property will be [illegible]own or you will receive a separate Form 1099-A. Generally, the gross foreclos[illegible]re price is considered to be the FMV. For an abandonment or voluntary c[illegible]eyance in lieu of foreclosure, the FMV is generally the appraised value [illegible] the property. You may have income or loss because of the acquisition or [illegible]andonment. See Pub. 4681 for information about foreclosures and aband[illegible]ments. If the property was your main home, see Pub. 523 to figure any taxabl[illegible]in or ordinary income.

**Future developments.** For th[illegible]atest information about developments related to Form 1099-C and its instru[illegible]s, such as legislation enacted after they were published, go to *www.irs.gov*[illegible]rm1099c.

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| CREDITOR'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br>DEPARTMENT STORES NATIONAL BANK<br>701 EAST 60TH STREET NORTH<br>SIOUX FALLS, SD 57104 | 1 Date of identifiable event<br>01/10/2018<br>2 Amount of debt discharged<br>$ 8,071.74<br>3 Interest if included in box 2<br>$ | OMB [illegible] 1545-1424<br>2018<br>Form 1099-C | **Cancellation of Debt** |
| CREDITOR'S TIN 30-0335434 / DEBTOR'S TIN XXX-XX-0408 | 4 Debt description<br>MACY'S CREDIT CARD | | **Copy B For Debtor**<br>This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| DEBTOR'S name, street address (including apt. no.), city or town, state or province, country, and ZIP or foreign postal code<br>GERMAINE H KING<br>509 TROTTERS LN<br>ELIZABETH, NJ 07208-2001 | 5 If checked, the debtor was personally [illegible]ble for repayment of the debt . . . ▶ [X] | | |
| Account number (see instructions) 9994222113586142 | 6 Identifiable event code<br>G | 7 Fa[illegible]ket value of property<br>$ | |

Form **1099-C** (keep for your records) www.irs.gov/Form1099c D[illegible]rtment of the Treasury - Internal Revenue Service

*Exhibit "A"*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion For Bail Modification was served on counsel by depositing in the mail, first class postage-prepaid, said copy to:

Joyce M. Malliet, Esq.
Assistant U.S. Attorney
970 Broad Street #806
Newark, N.J. 07102

This 10th day of January, 2026.

Germaine H. King

Germaine H. King
2624 North Hollywood Street
Philadelphia, PA 19132

PHILADELPHIA PA 190
20 JAN 2026 PM 5 L

FREEDOM
FOREVER / USA

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2026 JAN 30 A 10: 28

Clerk,
UNITED STATES DISTRICT COURT
1 Federal Square
Newark, N.J. 07101

07102-350101